UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-mj-58 (JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ALISON ANN HERUTH,<br><br>       Defendant. | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285 |

The Court having held Defendant to answer in the United States District Court for the District of Los Angeles, California, and finding that the defendant has been released from custody, currently resides in Minneapolis, Minnesota, and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant appear before the above-referenced court on Monday, March 6, 2006, not later than 8:30 a.m..

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Court, transportation to return home to Minneapolis, Minnesota, after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

February 22, 2006
Date

*s/ Janie S. Mayeron*
Honorable Janie S. Mayeron
United States Magistrate Judge